# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:12-CV-037-RLV-DCK

| | |
|---|---|
| OLIVIA BURLESON APPLING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALLEGHANY COUNTY, ASHE ) | |
| COUNTY, AVERY COUNTY, GARY L. ) | |
| BLEVINS, LARRY COX, NATHAN A. ) | |
| MILLER, NEW RIVER SERVICE ) | |
| AUTHORITY, KENNY R. POTEAT, ) | |
| WILLIAM SANDS, WATAUGA ) | |
| COUNTY, and WILKES COUNTY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Motion To Seal" (Document No. 37) filed May 17, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Plaintiffs' "Motion To Seal" is the second motion filed by Plaintiffs' counsel between May 16-17, 2012. Plaintiffs' previous "Motion To Approve Continuing Representation" (Document No. 35) was denied without prejudice on May 17, 2012, primarily because it failed to show that the "Requirement of Consultation" had been met pursuant to the Local Rules. (Document No. 36) ("As an initial matter, it does not appear that the instant motion has met the 'Requirement of Consultation' pursuant to Local Rule 7.1(B)").

The instant motion acknowledges the Court's recent Order (Document No. 36); however this motion also fails to satisfy the requirement of Local Rule 7.1(B).

**IT IS, THEREFORE, ORDERED** that Plaintiffs' counsel shall file a Notice with the Court, on or before **May 25, 2012**, informing the Court of Defendants' position(s) on the pending "Motion To Seal" (Document No. 37). Plaintiffs' counsel is further directed to carefully review the Local Rules of this Court prior to making any more filings in this case.

**SO ORDERED.**

Signed: May 18, 2012

David C. Keesler
United States Magistrate Judge