IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-037-RLV-DCK

| | |
|---|---|
| OLIVIA BURLESON APPLING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALLEGHANY COUNTY, ASHE ) | |
| COUNTY, AVERY COUNTY, GARY L. ) | |
| BLEVINS, LARRY COX, NATHAN A. ) | |
| MILLER, NEW RIVER SERVICE ) | |
| AUTHORITY, KENNY R. POTEAT, ) | |
| WILLIAM SANDS, WATAUGA ) | |
| COUNTY, and WILKES COUNTY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Motion To Seal" (Document No. 37) filed May 17, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting counsel for Defendants' consent to the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Motion To Seal" (Document No. 37) is hereby **GRANTED**. Plaintiff's "Motion To Approve Continuing Representation" (Document No. 35) and its attached brief and exhibits shall be sealed.

Signed: May 30, 2012

David C. Keesler
United States Magistrate Judge